UNITED STATES BANKRUPTCY COURT FOR THE
EASTER DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| IN RE:<br>COLOR QUEST LITHO, INC.<br><br>_____ Debtor(s) | Case No. 03-10359<br>CHAPTER 7 |

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. Section 347, the undersigned trustee hereby submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. Section 2042 and shall not escheat under any state law. The small dividends represent the dividends due and payable to:

| Creditor's name and Address | Amount of Dividend |
|---|---|
| Mitchell I. Mutnick, Esq.<br>5641 Burke Centre Parkway<br>Suite 200<br>Burke, VA 22015 | $2.25 |
| A. Macchione Brothers, Inc.<br>27 E. Kennedy St.<br>Hackensack, NJ 07601 | $4.98 |
| Rehabilitation Opportunities, Inc.<br>5100 Philadelphia Way<br>Lanham, MD 20706 | $2.73 |
| BellSouth Telecommunications, Inc.<br>Regional Bankruptcy Center<br>29EFI-301 W. Bay Street<br>Jacksonville, FL 32202 | $3.18 |
| PECO Energy Company<br>2301 Market Street<br>Philadelphia, PA 19103 | $4.50 |
| Fresh & Cool Inc.<br>8555 Tonnelle Avenue<br>North Bergen, NJ 07047 | $1.71 |
| Maine Department of Labor<br>19 Union Street<br>PO Box 259<br>Agusta, ME 04332-0259 | $1.28 |

1

Date: 11/30/2010

/s/ Marc E. Albert
Marc E. Albert, Trustee
1150 18th Street, NW
Suite 800
Washington, DC 20036

2

DB04/773380.0128/3676565.1 PF06

| | | |
|---|---|---|
| **UNION BANK** 1980 Saturn Street // Monterey Park CA 91755 | | 16-49/1220 **CHECK NUMBER** **3086** |

Marc E. Albert
1150 18th Street, NW
Suite 800
Washington DC 20036

**DATE:** 11/29/2010

**AMOUNT:** $**********20.63

**PAY TO THE ORDER OF**

**CASE NUMBER**
03-10359

**DEBTOR**
Debtor: Color Quest Litho, Inc.

*Twenty Dollars And 63/100*

Clerk, U.S. Bankruptcy Court
200 S. Washington St.
Alexandria, VA 22314-5406

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE

THIS CHECK VOID AFTER 90 DAYS

⑈003086⑈ ⑆122004961⑆ 213166528⑈