**UNITED STATES BANKRUPTCY COURT FOR THE
EASTER DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| IN RE:<br>**COLOR QUEST LITHO, INC.**<br><br>**Debtor(s)** | Case No. 03-10359<br>**CHAPTER 7** |

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. Section 347, the undersigned trustee hereby submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. Section 2042 and shall not escheat under any state law. The unclaimed funds represent the dividends due and payable to:

| Creditor's name and Address | Amount of Dividend |
|---|---|
| 112 Juliad Court, LLC<br>c/o J Eric Crupti, Esq.<br>McGuire Woods LLP<br>Suite 1800<br>McLean, VA 22102 | $989.25 |
| Global Printing Equipment, Inc.<br>c/o Gary M. Nuckols, Esq.<br>Raelenne J. Haeberle, Esq.<br>Hirschler Fleischer, P.C.<br>PO Box 500<br>Richmond, VA 23218 | $549.83 |
| Joanne Broderick<br>26 Breezy Hill Drive<br>Fort Salonga, NY 11768 | $183.45 |
| Esko-Graphics, Inc.<br>Attn: Mader Youssef, Director of Finance & Admin<br>1955 Vaughn Road, Suite 101<br>Kennesaw, GA 30144 | $173.92 |
| Manfredo Castro<br>3533 Dover St.<br>Los Angeles, CA 90039 | $117.04 |
| Duane Feyma<br>17847 Cassidy Place<br>Chino Hills, CA 91709 | $101.82 |

DB04/773380.0128/4104229.1 PF06

| | |
|---|---|
| Lisa Siegal<br>4165 Churchman Way<br>Woodbridge, VA 22192 | $91.37 |
| Marian W. Ballen<br>4 Riva Ridge Road<br>Stafford, VA 22556 | $74.20 |
| Stuart Andrew Thompson<br>119 Shadow Creek Lane<br>Anderson, SC 29621 | $72.99 |
| Networking for Future, Inc.<br>655 15th Street, NW<br>Suite 375<br>Washington, DC 20005 | $8.18 |
| Enovation Graphic Systems, Inc.<br>123 West Airport Road<br>Lititz, PA 17543 | $25.48 |
| Jennifer Prostock<br>12 Chestnut Street<br>Plymouth Meeting, PA 19462 | $14.32 |
| Nicole Lynn Studer Gleaton<br>43 Shasta Place<br>#302<br>Fredericksburg, VA 22406 | $10.35 |
| Melissa Sue Alberts<br>6025 Kerrwood St.<br>Burke, VA 22015 | $12.45 |
| Beth Gallagher<br>3418 Aquia Drive<br>Stafford, VA 22554 | $27.55 |
| Gregory Mansfield Turner<br>12655 Peak Court<br>Manassas, VA 20112 | $36.01 |
| Craig William Shontz<br>6605 Forbush Ct.<br>Alexandria, VA 22310 | $53.20 |
| Quang Tran<br>11943 Artery Drive<br>Fairfax, VA 22030 | $49.95 |

| | |
|---|---|
| And All Internet Group<br>247 E. 33rd Street<br>Suite 5C<br>New York, NY 10016 | $34.17 |
| James M. Fife<br>10218 Georgeibelle<br>Suite 600<br>Houston, TX 77043 | $30.97 |
| Milton N. Canales<br>13153 Quail Creek Ln.<br>Fairfax, VA 22033 | $21.83 |
| Vincent Quillia<br>4165 Churchman Way<br>Woodbridge, VA 22192 | $47.58 |
| Brian S. Finley<br>30 Sondra Lane<br>Fredericksburg, VA 22406 | $46.30 |
| Inmar Valle-Marcia<br>11457 Appledowne Way<br>Germantown, MD 20876 | $18.55 |
| Illinois Dept of Revenue<br>Springfield, Illinois 19035 | $7.66 |

Date: 3/3/2011                                       /s/ Marc E. Albert
                                                     Marc E. Albert, Trustee
                                                     1150 18th Street, NW
                                                     Suite 800
                                                     Washington, DC 20036